UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THEODORE CHANDLER,

    Defendant.
_____/

Case No. 15-20246

Honorable Nancy G. Edmunds

**ORDER REGARDING DEFENDANT'S OBJECTIONS
TO GOVERNMENT'S PRODUCTION OF SENTENCING MATERIALS [170]**

In accordance with the Court's June 29, 2017 order, the Government has produced certain materials to Defendant Theodore Chandler relating to a sentencing enhancement that the Government intends to pursue at Defendant's forthcoming sentencing. On July 18, 2017, Defendant filed objections to the Government's document production, and the Court addressed these objections at a hearing held on July 26, 2017. For the reasons stated on the record at the July 26 hearing,

The Court hereby SUSTAINS IN PART and OVERRULES IN PART Defendant's July 18, 2017 objections (Dkt. 170). As indicated at the July 26 hearing, the Government has agreed to provide certain additional materials to Defendant relating to another suspect in the disappearance and murder of Dynasty Myles. Apart from this additional production, Defendant's objections are overruled.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: July 27, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 27, 2017, by electronic and/or ordinary mail.

s/Carol J. Bethel
Case Manager